**ORDERED ACCORDINGLY.**

Dated: September 20, 2010

*[signature]*

GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

GORDON SILVER
THOMAS E. LITTLER, ESQ./SBN 006017
E-mail: tlittler@gordonsilver.com
ROBERT C. WARNICKE, ESQ./SBN 015345
E-mail: robert.warnicke@gordonsilver.com
40 North Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345
Attorneys for Rock Bottom, LLC

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>U. S. AMERICAN STONE AND MINERALS, INC.,<br>            Debtor. | Case No.: 2:07-bk-01628<br><br>Chapter 11 |
| U. S. AMEICAN STONE AND MINERALS, INC.,<br><br>            Plaintiff,<br><br>vs.<br><br>ROCK BOTTOM, LLC, a Delaware limited liability company, KYLE TAUCH, an individual; JAY KRASOFF, an individual; and CHIRON FINANCIAL ADVISORS, LLC, a Texas limited liability corporation,<br><br>            Defendants. | Adversary No. 2:09-ap-00281-GBN<br><br>**ORDER APPROVING APPLICATION TO WITHDRAW AS COUNSEL FOR ROCK BOTTOM, LLC** |

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Procedure of the District of Arizona, Counsel for Creditor and Defendants Rock Bottom, LLC ("Rock Bottom"), Thomas E. Littler and Robert C. Warnicke and the law firm of Gordon Silver, submitted a Motion to Withdraw as Counsel for Rock Bottom (the "Motion") on September 17, 2010. Based upon the Motion, and for good cause appearing therefore, the Court hereby

ORDERS, ADJUDGES AND DECREES that Thomas E. Littler, Robert C. Warnicke and the law firm of Gordon Silver are hereby permitted to withdraw as attorney of record for

102420-001/1030021.doc

Gordon Silver
Attorneys At Law
Twenty-First Floor
40 N. Central Avenue
Phoenix, AZ 85004
(602) 256-0400

Case 2:09-ap-00281-GBN    Doc 65    Filed 09/20/10    Entered 09/21/10 08:24:42    Desc
Main Document     Page 1 of 2

Gordon Silver
Attorneys At Law
Twenty-First Floor
40 N. Central Avenue
Phoenix, AZ 85004
(602) 256-0400

| | |
|---|---|
| 1 | Rock Bottom in the above-entitled administrative and adversary cases and are no longer counsel |
| 2 | of record for the Rock Bottom. All subsequent pleadings should be served upon Rock Bottom at |
| 3 | the following addresses: |

Rock Bottom, LLC
c/o Jay Krasoff and Eric Israel
Chiron Financial
1001 Fannin Street, #4775
Houston, TX 77002

DATED AND SIGNED

102420-001/1030021.doc