**ORDERED ACCORDINGLY.**

Dated: December 17, 2010



_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br><br>*Debtor.* | Proceedings Under Chapter 11<br><br>Case No. 2:07-bk-01628-GBN<br><br>Adversary Proceeding<br>No. 2:09-ap-00281-GBN |
| U.S. AMERICAN STONE AND MINERALS, INC.,<br><br>*Plaintiff,*<br>v.<br><br>ROCK BOTTOM LLC, a Delaware limited liability company; KYLE TAUCH, an individual; JAY KRASOFF, an individual; and CHIRON FINANCIAL ADVISORS, LLC, a Texas limited liability corporation,<br><br>*Defendants.* | **ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT KYLE TAUCH** |

    Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Procedure of the District of Arizona, and the *Application with Accompanying Certificate to Withdraw as Counsel of Record for Defendant Kyle Tauch,* filed by Greenberg Traurig, LLP on December 16, 2010 [ECF Docket No. 68], based upon the Motion and good cause appearing therefore, the Court hereby,

    ORDERS, ADJUDGES AND DECREES that E. Jeffrey Walsh, Robert A. Mandel, and the law firm of Greenberg Traurig, LLP are hereby permitted to withdraw as

counsel of record for Kyle Tauch in the above-entitled administrative and adversary cases and are no longer counsel of record for Kyle Tauch.

IT IS FURTHER ORDERED that all subsequent notices and pleadings filed in this matter shall be served upon Kyle Tauch, at the following addresses:

>Kyle Tauch
>5410 Piping Rock
>Houston, TX 77056
>(713) 960-0222 (home or office)
>(713) 899-9977 (cell phone)

>Kyle Tauch
>Rock Bottom, LLC
>1221 McKinney Rd., Ste. 2650
>Houston, TX 77010
>TEL: (713) 960-0222
>CELL (713) 899-9977

**DATED AND SIGNED ABOVE.**