# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. | | |
| **Case Number:** | 2:07-bk-01628-GBN | **Chapter:** | 7 |
| **Date / Time / Room:** | TUESDAY, JULY 23, 2013 09:30 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | LUANN BELLER | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matters:*

1) **ADV: 2-09-00281**
   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC & KYLE TAUCH & JAY KRASOFF & CHIRON FINANCIAL ADVISORS, LLC**
   CONTINUED BACKUP STATUS HEARING ON COMPLAINT RE:  RECOVERY OF MONEY/PROPERTY (FR. 4/2) (FR. 6/10)
   R / M #:   171 / 0

2) **ADV: 2-09-00281**
   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC & KYLE TAUCH & JAY KRASOFF & CHIRON FINANCIAL ADVISORS, LLC**
   HEARING IN RE:  MOTION TO INTERVENE/OBJECTION TO STIPULATION FOR ENTRY OF JUDGMENT AND REQUEST FOR EVIDENTIARY HEARING FILED BY GORDON SILVER .
   R / M #:   244 / 0

## *Appearances:*

CHRISTOPHER BAYLEY/EVANS O'BRIEN, ATTORNEYS FOR U.S. AMERICAN STONE AND MINERALS
MARK DZARNOSKI/THOMAS LITTLER, ATTORNEYS FOR GORDON SILVER
JAKE KRASSOV, PRO SE

## *Proceedings:*

ITEM #2

The Court explained it's preliminary view of this matter.

Mr. Dzarnoski argued his position, stating that he would like to put on evidence.  He also addressed the issue of jurisdiction.

Mr Bayley responded, asking the Court to enter the stipulated judgment so the parties can move on.

Mr. Dzarnoski replied, stating that this has an impact on the third party.

The Court placed it's decision on the record.

COURT:  IT IS ORDERED OVERRULING THE OBJECTION TO THE STIPULATED JUDGMENT.
THE COURT WILL SIGN THE STIPULATED JUDGMENT.

Case 2:09-ap-00281-GBN    Doc 253    Filed 07/23/13    Entered 07/23/13 13:06:58    Desc
Main Document      Page 1 of 1